**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------

RATES TECHNOLOGY, INC.,

                                  Plaintiff,

    - against -

TELEGEN CORPORATION and TELEGEN
COMMUNICATIONS CORPORATION,

                                 Defendants.

------------------------------------------------

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 2 5 2006 ★

TIME P.M. _____
A.M. _____

No. CV-01-5319
Vitaliano, J.

**STIPULATION & Order**
**OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties in this action, that this action is hereby dismissed with prejudice and without costs to any party.

**IT IS FURTHER HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties in this action, that Telegen Corporation and Telegen Communications Corporation hereby release all actual and potential claims against Rates Technology Inc. and its officers and counsel.

**DATED:** April 24, 2006

BURKE, WILLIAMS & SORENSEN, LLP

By: /s/
James B. Hicks, Esq.
*Attorneys for Plaintiff*
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
(admitted pro hac vice)

GERMANO & CAHILL, P.C.

By: /s/
Michael J. Cahill, Esq.
*Attorneys for Defendants*
4250 Veterans Memorial Highway
Suite 275
Holbrook, NY 11741

APR 2 4 2006

SO ORDERED:
s/ENV
HON. ERIC N. VITALIANO
U.S.D.J.